AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

FAIR ISAAC CORPORATION,

*Plaintiff(s)*

v.

Civil Action No. 25-cv- 789-UNA

JONAS COLLECTIONS AND RECOVERY INC.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jonas Collections and Recovery Inc.
c/o Corporate Creations Network Inc.,
1521 Concord Pike, Suite 201
Wilmington, DE 19803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph C. Schoell, Esquire
Faegre Drinker Biddle & Reath, LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
joseph.schoell@faegredrinker.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/26/2025

*Joel Morales*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-00789-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* JONAS COLLECTIONS AND RECOVERY INC.
was received by me on *(date)* 06/26/2025

☐ I personally served the summons on the individual at *(place)* ____ on *(date)* ____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____, a person of suitable age and discretion who resides there, on *(date)* ____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATE CREATIONS NETWORKS, AS REGISTERED AGENT, ACCEPTED BY FELICIA SIMMONS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* JONAS COLLECTIONS AND RECOVERY INC.
1521 CONCORD PIKE, SUITE 201, WILMINGTON, DE 19803 on *(date)* 06/26/2025

☐ I returned the summons unexecuted because ____, or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____

I declare under penalty of perjury that this information is true.

Date: 06/26/2025

*Server's signature*

GILBERT DEL VALLE    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED (FILED UNDER SEAL); MOTION FOR LEAVE TO FILE COMPLAINT AND EXHIBITS A AND 2 UNDER SEAL;